# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| ANNA MARIA SITES | ) | Case No. 4:18-cr-620 (2) |
| 1207 Blueberry Lane | ) | |
| Friendswood, Texas 77546 | ) | |
| *Defendant* | ) | |

FILED OCT 22 2018

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

David J. Bradley, Clerk of Court

✓ Indictment   ' Superseding Indictment   ' Information   ' Superseding Information   ' Complaint
' Probation Violation Petition   ' Supervised Release Violation Petition   ' Violation Notice   ' Order of Court

| Place: United States Courthouse<br>515 Rusk, Houston, Texas 77002<br>MAGISTRATE JUDGE FRANCES H. STACY | Courtroom No.: 704 (7th Floor) |
|---|---|
| | Date and Time: 10/26/18 at 2:00 p.m. |

This offense is briefly described as follows:

Ct 1.:   Conspiracy
[18 U.S.C. § 371]
Cts. 2 - 8:   Mail Fraud
[18 U.S.C. § 1341]

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date: 10/18/2018

*Issuing officer's signature*
Sheila R. Anderson, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

✗ Executed and returned this summons   ' Returned this summons unexecuted

Date: 10/19/2018 @ 3:21 PM

Left summons w/ Craig Sites (Husband) & mailed a copy to last known address.

*Server's signature*
Joseph Castro DUSM
*Printed name and title*

2018 OCT 18 PM 4:46
SOUTHERN DIST. S/TX
UNITED STATES MARSHAL

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 4:18-cr-620 (2)

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)***

**INFORMATION FOR SERVICE**

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

**PROOF OF SERVICE**

This summons was received by me on *(date)* 10/18/2018 .

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☒ On *(date)* 10/19/2018 I left the summons at the individual's residence or usual place of abode with *(name)* Craig Sitts (husband), a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 10/22/2018

*Server's signature*

Joseph Castro 3478
*Printed name and title*

Remarks: